IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

---

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00945-MSK-NYW | Date: | July 13, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| J. LEE BROWNING BELIZE TRUST, | *George M. Allen* |
| **Plaintiff,** | |
| **v.** | |
| ASPEN MOUNTAIN CONDOMINIUM ASSOCIATION, INC., | *Benjamin M. Wegener* |
| **Defendant.** | |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**SCHEDULING CONFERENCE**

Court in Session:  9:02 a.m.

Appearance of counsel.

Parties complete the Consent to the Exercise of Jurisdiction by a United States Magistrate Judge form today.

Parties review Proposed Scheduling Order [12] filed July 9, 2015.

Parties discuss if ESI discovery protocol will be necessary in this case. Parties discuss document discovery in related state court case.

Parties discuss JAG or court sponsored settlement options.

Each side is allowed:

Ten (10) depositions; including experts, no deposition may exceed one day of seven hours;

Twenty-five (25) interrogatories, including discrete subparts;
Twenty-five (25) requests for production of documents;
Twenty-five (25) requests for admissions, excluding those used for authentication.

Discovery cut-off: May 31, 2016.

Dispositive motion deadline: May 31, 2016.

All parties shall designate principal experts on or before: January 31, 2016.
All parties shall designate rebuttal experts on or before: February 29, 2016.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: March 31, 2016.

A Final Pretrial Conference will not be set until Chief Judge Kreiger enters an order of referral.

Parties are advised of informal discovery dispute process.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

**ORDERED:  Defendant Aspen Mountain Condominium Association, Inc.'s Unopposed Motion to Strike Proposed Scheduling Order [13] is GRANTED and the Clerk of the Court is directed to STRIKE the proposed Scheduling Order submitted as [11].**

Court in Recess:  9:25 a.m.                 Hearing concluded.                 Total time in Court:  00:23

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.